No. 1195.   GREENE *v.* MAXWELL, JUDGE; and

No. 6414.   SOSA *v.* MAXWELL, JUDGE.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   Reported below: 234 So. 2d 690.

No. 5045.   GIBSON ET AL. *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5070.   MALLORY *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5071.   DANIELS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5088.   KUHN *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5102.   CHATFIELD *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5555.   MARTINEZ *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6075.   ESCOBEDO *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.